1

cal_sc_____

2

3

4

5

6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                    SOUTHERN DISTRICT OF CALIFORNIA

12

13  CONNIE DIBEL; BELINDA HAGEN; and        )   Civil No.06cv2533 BEN(AJB)
    VANESSA BROWN, individually and on      )
    behalf of others similarly situated,    )
14                                          )   ORDER VACATING EARLY NEUTRAL
                          Plaintiff,        )   EVALUATION CONFERENCE; SETTING
15  v.                                      )   CASE MANAGEMENT CONFERENCE
                                            )
16  JENNY CRAIG, INC., JENNY CRAIG          )
    INTERNATIONAL, INC.; JENNY CRAIG        )
17  MANAGEMENT, INC.; JENNY CRAIG           )
    OPERATIONS, INC.; JENNY CRAIG           )
18  PRODUCTS, INC.; JENNY CRAIG             )
    WEIGHT LOSS CENTRES, INC.; and          )
19  DOES 1 through 50, inclusive,           )
                                            )
20                        Defendants.       )
                                            )
21

22         The Court has set an Early Neutral Evaluation Conference in this case for February 20, 2007 in

23  accordance with the Local Rules.  In response to the Court's Order, plaintiff's counsel has submitted a

24  conference statement with regard to the particulars of the claim and their current settlement position.  It

25  is clear that plaintiffs are not in the position to specify a demand at this stage, and the value associated

26  with an in person Early Neutral Evaluation Conference at this stage is minimal.

27         Based thereon, the Court finds the case inappropriate for an Early Neutral Evaluation Conference

28  at this time and it is hereby vacated.  A telephonic Case Management Conference will be held instead *on
    the same date and time*.  Plaintiff's counsel will initiate the conference call.  Defendants are still

                                            1                                            06cv2533

1   required to submit the Early Neutral Evaluation Conference statement as previously ordered to help

2   frame the current status of the case.  At the telephonic Case Management Conference, the Court and

3   counsel will discuss the scheduling of the necessary proceedings and the development of information

4   necessary to position the case for early settlement talks.  Other date and deadlines will be set as

5   appropriate.

6          IT IS SO ORDERED.

7   .

8   DATED:  February 7, 2007

9   _____

10                                          Hon. Anthony J. Battaglia
                                            U.S. Magistrate Judge
                                            United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28