cal__sc_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONNIE DIBEL; BELINDA HAGEN; and VANESSA BROWN, individually and on behalf of others similarly situated, | ) ) ) | Civil No.06cv2533 BEN(AJB) |
| | ) ) | SCHEDULING ORDER |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JENNY CRAIG, INC., JENNY CRAIG INTERNATIONAL, INC.; JENNY CRAIG MANAGEMENT, INC.; JENNY CRAIG OPERATIONS, INC.; JENNY CRAIG PRODUCTS, INC.; JENNY CRAIG WEIGHT LOSS CENTRES, INC.; and DOES 1 through 50, inclusive, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Rule 16.1 of the Local Rules, a Case Management Conference was held on February 20, 2007.  After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing,

IT IS HEREBY ORDERED:

1.      A further telephonic Status Conference shall be held *May 18, 2007* at *9:30 a.m.*  Counsel for plaintiff shall initiate the conference call.

2.      The filing cut-off for class certification is *March 1, 2008.*.

3.      On or before *May 30, 2008*, each party shall comply with the disclosure provisions in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure. **This disclosure requirement applies to all persons retained or specifically employed to provide expert testimony or whose duties as an employee of the part regularly involve the giving of expert testimony.**

4.      Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(c)on or before *June 15, 2008.*

5.      **Please be advised that failure to comply with this section or any other discovery order of the court may result in the sanctions provided for in Fed.R.Civ.P.37 including a prohibition on the introduction of experts or other designated matters in evidence.**

6.      All fact discovery shall be completed by all parties on or before *July 15, 2008*.  All expert discovery shall be completed by all parties on or before August 30, 2008.  "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, *so that it may be completed* by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1.a. All discovery motions shall be filed within 30 days of the service of an objection, answer or response which becomes the subject of dispute or the passage of a discovery due date without response or production, and only after counsel have met and conferred and have reached impasse with regard to the particular issue.

7.      All other pretrial motions must be filed on or before *September 30, 2008.  (In intellectual property cases, this would include claims construction hearings.)* Please be advised that counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion.

Pursuant to Local Rule 7.1.f.1, when filing a Motion for Summary Judgment and/or Adjudication, defendants **shall** file and serve on plaintiff, a separate statement setting forth plainly and concisely all material facts which they contend are undisputed.  Each of the material facts stated shall be followed by a reference to the supporting evidence.  Further, plaintiff **shall** file and serve on defendants, a separate statement that responds to each of the material facts contended by defendants to be undisputed,

06cv2533

indicating whether the opposing party agrees or disagrees that those facts are undisputed.  The statement also shall set forth plainly and concisely any other material facts that the opposing party contends are disputed.  Each material fact contended by the opposing party to be disputed shall be followed by a reference to the supporting evidence.

8.     Counsel's requirement to file Memoranda of Contentions of Fact and Law pursuant to Civil Local Rule 16.1.f.2 is hereby waived.

9.     Counsel shall comply with the Pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before *January 5, 2009*.

10.     Counsel shall meet and take the action required by Local Rule 16.1.f.4 on or before *January 12, 2009*.

11.     Objections to Pre-trial disclosures shall be filed no later *than January 19, 2009.*

12.     The Proposed Final Pretrial Conference Order required by Local Rule 16.1.f.6 shall be prepared, served, and lodged on or *before January 19, 2009.*  The Pretrial Order shall include a summary description of the case that can be read to the jury.

13.     The final Pretrial Conference is scheduled on the calendar of **Judge Benitez** on ***January 26, 2009*** at ***10:30 a.m***

14.     A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

15.     The dates and times set forth herein will not be modified except for good cause shown.

16.     Dates and times for hearings on motions should be approved by the Court's clerk before notice of  hearing is served.

17.     Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a district judge.  No reply memorandum shall exceed ten (10) pages without leave of a district judge.  Briefs and memoranda exceeding ten (10) pages

//
//
//
//

3

06cv2533

1    in length shall have a table of contents and a table of authorities cited.

2       IT IS SO ORDERED.

3    DATED:  February 21, 2007

4

                             Hon. Anthony J. Battaglia

5                             U.S. Magistrate Judge

6                             United States District Court