cal  kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONNIE DIBEL; BELINDA HAGEN; and VANESSA BROWN, individually and on behalf of others similarly situated, | ) ) ) | Civil No.06cv2533 BEN(AJB) |
| Plaintiff, | ) ) ) | **ORDER CONTINUING TELEPHONIC STATUS CONFERENCE** |
| v. | ) ) | |
| JENNY CRAIG, INC., JENNY CRAIG INTERNATIONAL, INC.; JENNY CRAIG MANAGEMENT, INC.; JENNY CRAIG OPERATIONS, INC.; JENNY CRAIG PRODUCTS, INC.; JENNY CRAIG WEIGHT LOSS CENTRES, INC.; and DOES 1 through 50, inclusive, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Based upon the Joint Motion for Continuance of Telephonic Status Conference ("Joint Motion)

and Declaration of Aaron Buckley in support thereof, and good cause appearing, the *telephonic*

Settlement Status Conference  currently scheduled before Judge Battaglia on May 18,2007 at 9:30 a.m.

//

//

//

//

1                                                                                          06cv2533

1  is hereby continued to *10:30 a.m.* that same day.

2  IT IS SO ORDERED.

3  DATED:  May 15, 2007

4
                                         Hon. Anthony J. Battaglia

5
                                         U.S. Magistrate Judge

                                         United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28