cal___sc___

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE DIBEL; BELINDA HAGEN; and VANESSA BROWN, individually and on behalf of others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>JENNY CRAIG, INC., JENNY CRAIG INTERNATIONAL, INC.; JENNY CRAIG MANAGEMENT, INC.; JENNY CRAIG OPERATIONS, INC.; JENNY CRAIG PRODUCTS, INC.; JENNY CRAIG WEIGHT LOSS CENTRES, INC.; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Civil No.06cv2533 BEN(AJB)<br><br>ORDER FOLLOWING SETTLEMENT STATUS CONFERENCE |

On June 29, 2007, the Court convened a Settlement Status Conference in the above entitled action. Appearing were Dan Padova, Esq. and Rene Barge, Esq. on behalf of plaintiffs; Aaron Buckley, Esq., Fred Plevin, Esq. and Paul Van Hoomissen, Esq. on behalf of defendant.

The state court settlement relating to the California plaintiffs in this case is going to a preliminary approval hearing in the Los Angeles Superior Court in July 10, 2007. Plaintiffs in this case were surprised to learn that settlement would include a waiver of any FLSA claims. That would have a direct effect on the class related to this case. Until those issues are sorted out, it is not time to set the Mandatory Settlement Conference in this case.

1  Defense counsel also raises the concern that the motion for class certification set for July 30,
2  2007 may be premature in light of proceedings in Los Angeles.  The matter is now on Judge Benitez'
3  calendar, plaintiffs object to any change in the current date, and the degree to which the matter is to be
4  continued, delayed, or otherwise changed will need to be brought to Judge Benitez by motion.
5  The Court sets another telephonic Case Management Conference for *August 30, 2007 at 9:30*
6  *a.m.*  Plaintiff's counsel to initiate the call.  At that time, the Court will evaluate the pending proceedings
7  and set a settlement conference date as appropriate.
8  IT IS SO ORDERED.

10  DATED:  June 29, 2007

                                                    _____
11                                                   Hon. Anthony J. Battaglia
12                                                   U.S. Magistrate Judge
                                                    United States District Court