UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE DIBEL, BELINDA HAGEN, and VANESSA BROWN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNY CRAIG, INC., JENNY CRAIG INTERNATIONAL, INC.; JENNY CRAIG MANAGEMENT, INC.; JENNY CRAIG OPERATIONS, INC.; JENNY CRAIG PRODUCTS, INC.; JENNY CRAIG WEIGHT LOSS CENTRES, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 06CV 2533 BEN (AJB)<br><br>**ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

IT IS HEREBY ORDERED, based on Defendant Jenny Craig's *Ex Parte* Application for an Order to Continue Hearing on Plaintiffs' Motion for Class Certification ("*Ex Parte* Application"), Memorandum of Points and Authorities in support thereof and accompanying Declaration of Aaron A. Buckley, that the *Ex Parte* Application be, and hereby is, **GRANTED** in part.

///

///

1 | Hearing on Plaintiffs' Motion for Class Certification is hereby continued from July 30, 2007 at 10:30 a.m., to **August 6, 2007, at 10:30 a.m**, to be heard concurrently with Plaintiff's *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction Enjoining Defendant from Litigating or Pursuing Settlement of Putative Class Member FLSA Claims in any State Case.

**IT IS SO ORDERED.**

DATED: July 26, 2007

By: _____
Hon. Roger T. Benitez
U.S. District Judge
United States District Court