# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE DIBEL, BELINDA HAGEN, VANESSA BROWN, ANN JOHNSON, LINDA LECIEJEWSKI, TAURUS ANDERSON, CINDY ILLESCAS, SERENA LOPEZ, ALISON GAYLORD, VERA GLUYAS, and KAREN CURRY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>JENNY CRAIG, INC.; JENNY CRAIG INTERNATIONAL, INC.; JENNY CRAIG MANAGEMENT, INC.; JENNY CRAIG OPERATIONS, INC.; JENNY CRAIG PRODUCTS, INC.; and JENNY CRAIG WEIGHT LOSS CENTERS, INC.,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 06CV2533 JLS (AJB)<br><br>ORDER (1) DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION and (2) SETTING SCHEDULE FOR RENEWED MOTION<br><br>(Doc. No. 47) |

　　　On December 7, 2007, the Court held a telephonic status conference with counsel. Pursuant to the status conference, the Court hereby **ORDERS** as follows:

—Plaintiffs' motion for class certification pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), is **DENIED WITHOUT PREJUDICE**. (Doc. No. 47.) The Court finds that denying the motion and granting plaintiffs leave to file a renewed motion are appropriate in light of the intervening developments in Cleaves et al v. Jenny Craig, et al., Los Angeles Superior Court Case

1. No. BC354904.
2. —The Court shall rule on defendants' objection to the ruling of Magistrate Judge Battaglia on or before <u>February 8</u>, <u>2008</u>.  (<u>See</u> Doc. No. 116.)
3. —If plaintiffs wish to renew their motion for class certification, they **SHALL FILE** that motion on or before <u>February 29</u>, <u>2008</u>.
4. —If plaintiffs file a renewed motion for class certification, the remaining briefing schedule is as follows: defendants **SHALL FILE** their opposition on or before <u>March 21</u>, <u>2008</u>, and plaintiffs **SHALL FILE** their reply on or before <u>April 4</u>, <u>2008</u>.
5. —If plaintiffs file a renewed motion for class certification, the Court shall hear oral argument on the motion on <u>April 18</u>, <u>2008</u> at <u>10:30 a.m.</u> in <u>Courtroom 6</u>.

IT IS SO ORDERED.

DATED:  December 11, 2007

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge